CAUSE NO. PD-0617-15

IN THE TEXAS

COURT OF CRIMINAL APPEALS

AUSTIN, TEXAS

| | | |
|---|---|---|
| RANDALL BOLIVAR,<br>    Appellant | § | |
| vs. | § | |
| THE STATE OF TEXAS,<br>    Appellee | § | |

**FILED IN**
COURT OF CRIMINAL APPEALS

JUN 26 2015

Abel Acosta, Clerk

---

### MOTION FOR REHEARING ON MOTION TO FILE OUT OF TIME PDR

---

TO THE HONORABLE JUDGES OF SAID COURT:

Comes now Randall Bolivar, Appellant Pro Se, and respectfully moves the
Court to rehear the Motion To File Out Of Time PDR, pursuant to Rule 79.1,
TRAP, and because the fair administration of justice require that this matter
be allowed to be submitted to this Court. Appellant asserts that a great
miscarriage of justice has occured, and in the interest of comity, convience,
and judicial economy; this Court must address the matters raised by Appellant.

Appellant further asserts that the motion is made in good faith and not
for delay.

               Respectfully Submitted,

               Randall Bolivar, Pro Se
               Appellant
               Ellis Unit, TDCJ # 1719379
               1697 FM 980
               Huntsville, Texas 77343

**RECEIVED IN**
COURT OF CRIMINAL APPEALS

JUN 23 2015

Abel Acosta, Clerk

## CERTIFICATE OF SERVICE

I, Maria S. Rey, certify that a true and correct copy of the above and fore-going documents were served on opposing counsel for the State at:

Cameron County District Attorney's Office

964 E. Harrison St.

Brownsville, Texas 78520

State Prosecuting Attorney
P.O. Box 12405
Austin, Texas 78711

Service upon counsel was made by fax, First Class Mail, or hand-delivery.

SIGNED AND SERVED ON THIS 9 DAY OF June, 2015.

Maria S. Rey